UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GN TRADE, INC., a California Corporation; VLADIMIR DEMIN; VLADIMIR SHEVCHENKO,

        Plaintiffs,

    v.

ANDREAS SIEMENS; SIEMENS INTERNATIONAL TRADING CORP.; BRIGHTON BAZAAR; DOES 1-25,

        Defendants.
_____/

NO. CIV. S-11-994 LKK/KJN

O R D E R

    A status conference was held in chambers on July 11, 2011. After hearing, the court orders as follows:

    1.   A further status conference is set for September 19, 2011 at 11:00 a.m.

    IT IS SO ORDERED.

    DATED: July 14, 2011.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT