UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GN TRADE, INC., a California Corporation; VLADIMIR DEMIN; VLADIMIR SCHEVCHENKO,

        Plaintiffs,

   v.

ANDREAS SIEMENS, SIEMENS INTERNATIONAL TRADING CORP.; BRIGHTON BAZAAR; DOES 1-25,

        Defendants.

                                     NO. CIV. S-11-0994 LKK/KJN

                                     O R D E R

A status conference was held in chambers on September 19, 2011. After hearing, the court orders as follows:

1.   A further status conference is set for November 28, 2011 at 2:00 p.m. The parties shall file updated status reports fourteen (14) days prior to the conference.

IT IS SO ORDERED.

DATED: September 22, 2011.

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT