```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA
```

GN TRADE, INC., a California Corporation; VLADIMIR DEMIN; VLADIMIR SCHEVCHENKO,

        Plaintiffs,

  v.

ANDREAS SIEMENS, SIEMENS INTERNATIONAL TRADING CORP.,

        Defendants.
_____/

NO. CIV. S-11-0994 LKK/KJN

**O R D E R**

    Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge. <u>See</u> 28 U.S.C. § 636(c). According to Local Rule 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final

1

1 judgment.

2 IT IS ORDERED that any hearing dates currently set before the
3 undersigned are **VACATED**.

4 IT IS FURTHER ORDERED that the Clerk of the Court reassign
5 this case to the Honorable Kendall J. Newman, United States
6 Magistrate Judge. All future documents filed in the above-
7 captioned case shall reference the following case number: No. Civ.
8 S-11-0994 KJN.

9 DATED: February 7, 2012

10 /s/Lawrence K. Karlton
LAWRENCE K. KARLTON
11 SENIOR JUDGE
UNITED STATES DISTRICT COURT
12

13 Having also reviewed the file, I accept reference of this case
14 for all further proceedings and entry of final judgment.

15 DATED: February 7, 2012

16

17

18 KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

2